KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YURI SYROV, | ) |
|           Petitioner, | ) No. C 06-6802 SBA |
| v. | ) |
| ALBERTO GONZALES, United States Attorney General; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director of United States Citizenship and Immigration Services (USCIS); ROBERT S. MUELLER, Director of the Federal Bureau of Investigation (FBI), | ) **STIPULATION TO DISMISS AND ORDER** |
|           Respondents. | ) |

    Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate petitioner's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.///

///

Stipulation to Dismiss
C 06-6802 SBA

1 | Date: December 28, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents

Date: December 26, 2006

/s/
YEVGENIY CHECHENIN
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 1/3/07

SAUNDRA B. ARMSTRONG
United States District Judge

Stipulation to Dismiss
C 06-6802 SBA